UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT BOGDAN LUCIAN LEVIGNE,

            Plaintiff,

v.

BRAIN J. SIDES,

           Defendant.

Case No. C25-1816-KKE

ORDER GRANTING IFP

     Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 3, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

     Dated this 25th day of September, 2025.

                                                S. KATE VAUGHAN
                                                United States Magistrate Judge

ORDER GRANTING IFP - 1